IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-699-FDW-DCK

| | |
|---|---|
| SBE LICENSING, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ORDER ) |
| HYDE BREWING, LLC, HYDE BREWING OPERATIONS, LLC and DOES 1-10, | ) ) ) ) |
| Defendants. | ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 4) filed by J. Dickson Phillips, III, concerning Ryan S. Klarberg on December 5, 2017. Mr. Ryan S. Klarberg seeks to appear as counsel *pro hac vice* for Plaintiff sbe Licensing, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 4) is **GRANTED.** Mr. Ryan S. Klarberg is hereby admitted *pro hac vice* to represent Plaintiff sbe Licensing, LLC.

**SO ORDERED**.

Signed: December 6, 2017

David C. Keesler
United States Magistrate Judge